1  ROBERT C. LAMANUZZI, SBN 213673
2  Attorney at Law
   2020 Tulare Street   Suite A
3  Fresno CA 93721
   (559) 441-1979
4
   Attorney for Defendant
5  MARK SAENZ

6

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          Case No. 1:17-cr-0146-LJO-SKO

11 |         Plaintiff,                 **AMENDED**

12 |    v.                              STIPULATION AND ORDER TO
                                        CONTINUE HEARING
13 | MARK SAENZ,

14 |         Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, ROBERT LAMANUZZI attorney for Defendant MARK SAENZ, and KIMBERLY

18 SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled

19 for February 20, 2018, at 1:00 p.m., shall be continued until APRIL 2, 2018, at 1:00 p.m.

20      This continuance is necessary because defense counsel is in an ongoing jury trial in the

21 Fresno County Superior Court.

22      The parties stipulate that the time until the next hearing should be excluded from the

23 calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are

24 served by the court excluding such time, so that counsel for the defendant may have reasonable

25 time necessary for effective preparation, taking into account the exercise of due diligence.  18

26 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

27 by granting this continuance outweigh the best interests of the public and the defendant in a

28 speedy trial.  18 U.S.C. §3161(h)(7)(A).

                                            1

| | | |
|---|---|---|
| Dated: February 14, 2018 | | Respectfully submitted, |
| | | /s/ Robert Lamanuzzi  
ROBERT LAMANUZZI  
Attorney for Defendant,  
MARK SAENZ |
| Dated: February 14, 2018 | | Respectfully submitted, |
| | | /s/ Kimberly Sanchez  
KIMBERLY SANCHEZ  
Assistant U.S. Attorney |

## **ORDER**

The parties' request for a continuance is DENIED.

This case is set for a fourth status conference and trial setting on February 20, 2018, and not for a sentencing hearing. Additionally, this case has been pending since June 2017. At the status conference on January 16, 2018, defense counsel stated that be believed the matter would soon resolve. The Court set a further status conference on February 20, 2018, and asked the parties to be prepared to set the case for trial at the next status conference, if the matter had not resolved. As such, the parties shall be prepared to set a trial date before Chief District Judge Lawrence J. O'Neill at the February 20, 2018, status conference.

IT IS SO ORDERED.

Dated: **February 14, 2018**        /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE