1  ROBERT C. LAMANUZZI, SBN 213673
   Attorney at Law
2  2020 Tulare Street   Suite A
   Fresno CA 93721
3  (559) 441-1979

4
   Attorney for Defendant
5  MARK SAENZ

6

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No.  1:17-cr-0146-LJO-SKO |
| 11           Plaintiff, | **AMENDED** |
| 12      v. | STIPULATION AND ORDER TO CALENDAR CHANGE OF PLEA HEARING |
| 13  MARK SAENZ, | DATE: MARCH 19, 2018 |
| 14           Defendant. | TIME: 8:30A.M. |
| 15 | COURTROOM 4 |

16

17

18
       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19
   counsel, ROBERT LAMANUZZI attorney for Defendant MARK SAENZ, and KIMBERLY
20
   SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the Change of Plea Hearing shall be heard
21
   on MARCH 19, 2018, at 8:30 a.m. in Courtroom 4 before the Hon. Lawrence J. O'Neill.
22
       Defense counsel is in an ongoing jury trial in the Fresno County Superior Court. After
23
   speaking with Mr. Saenz, he has indicated that he will accept the offer and it should be filed
24
   before the end of February, 2018.
25
       The parties stipulate that the time until the next hearing should be excluded from the
26
   calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are
27
   served by the court excluding such time, so that counsel for the defendant may have reasonable
28

1

time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: February 16, 2018        Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
MARK SAENZ

Dated:  February 16, 2018       Respectfully submitted,

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## **ORDER**

The Change of Plea hearing as to the above named defendant currently shall be heard on MARCH 19, 2018, at 8:30 a.m. in Courtroom 4.

**IT IS SO ORDERED.**

Dated:  **February 16, 2018**        **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE